# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT of Vermont

| | |
|---|---|
| In the Case of<br><br>Royal J. Palin<br><br>v.<br><br>Lisa Menard | (25)<br><br>Docket No. _____<br>*(To be Supplied by Clerk)* |

## AUTHORIZATION FOR RELEASE OF INSTITUTIONAL ACCOUNT INFORMATION AND PAYMENT OF THE FILING FEE

### Instructions

**Use this Authorization:**
If you are a prisoner filing a civil rights or other civil action, complete this authorization.

**Do not use this Authorization:**
1. If you are not a prisoner
2. If you are a prisoner or are "in custody" and are petitioning the court for a writ of habeas corpus under § 2254 or § 2241
3. If you are a prisoner filing a motion to vacate, set aside, or correct your sentence under § 2255.

* * * * * * *

I, __Royal J. Palin__     __11776-082__
(Name of Plaintiff)        (Prison I.D. Number)

I authorize the clerk of court to obtain from the agency having custody of my person, information about my prison trust account, including balances, deposits, and withdrawals until the filing fee is paid. I understand that, when sufficient funds exist in my prison trust account, I will be required to pay an initial partial filing fee equal to 20 percent of the greater of: (A) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint or notice of appeal, or (B) the average monthly balance in my account for the six-month period immediately preceding the filing of the complaint or notice of appeal. I understand and hereby authorize that, after payment of the initial partial filing fee, monthly payments will be forwarded to the clerk of court equal to 20 percent of the preceding month's income credited to my account. I hereby authorize the agency or facility having custody of my person to withdraw funds from my prison trust account and forward such payments from my account to the clerk of court each time the amount in the account exceeds $10.00, until the filing fee is paid as set forth in 28 U.S.C. § 1915(b)(2).

_(Signature of Plaintiff)_

__August 04, 2017__
(Date)

**NOTE: A CERTIFIED COPY OF YOUR PRISON TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF YOUR COMPLAINT MUST ACCOMPANY THIS PETITION AND AFFIDAVIT.** (Statements are required for any prison or jail trust accounts you have had over the prior six months.)

```
                          Resident Account Summary
                       Thursday, August 03, 2017 @10:08
```

```
================================================================================
For Inmate ID: 51217     PALIN, ROYAL J
--------------------------------------------------------------------------------
   Date      Transaction Description              Amount    Balance    Owed     Held   Reference
--------------------------------------------------------------------------------
06/29/2017  7COPY        48 LEGAL COPIES            2.40      0.00     4.95     0.00   06/29/2017
06/27/2017  7COPY        16 LEGAL COPIES            0.80      0.00     2.55     0.00   06/27/2017
06/15/2017  7COPY        17 LEGAL COPIES            0.85      0.00     1.75     0.00   06/15/2017
06/15/2017  7COPY        18 LEGAL COPIES            0.90      0.00     0.90     0.00   06/15/2017
12/02/2016  WDRAWAL CHE  RELEASE - USMS           -36.33      0.00     0.00     0.00   12/02/2016
12/02/2016  PCS REFUND   Phone Money Refund        17.07     36.33     0.00     0.00   12/02/2016
11/17/2016  PAYROLL      MVRCF IM Payroll 11/05/     4.00    19.26     0.00     0.00   11/17/2016
11/09/2016  ERF          OID:100320843-ComisaryReft 10.49    15.26     0.00     0.00   11/09/2016
11/07/2016  EPR          OID:100320843-ComisaryPurc -10.49    4.77     0.00     0.00   11/07/2016
11/06/2016  PHONE PURCH  PHONE TIME PURCHASE       -10.00    15.26     0.00     0.00   11/06/2016
11/04/2016  PHONE PURCH  PHONE TIME PURCHASE        -3.00    25.26     0.00     0.00   11/04/2016
11/03/2016  PAYROLL      MVRCF IM Payroll 10/22/2   28.00    28.26     0.00     0.00   11/03/2016
11/02/2016  PHONE PURCH  PHONE TIME PURCHASE        -3.00     0.26     0.00     0.00   11/02/2016
10/31/2016  EPR          OID:100319074-ComisaryPurc -36.89    3.26     0.00     0.00   10/31/2016
10/29/2016  PHONE PURCH  PHONE TIME PURCHASE       -10.00    40.15     0.00     0.00   10/29/2016
10/27/2016  PHONE PURCH  PHONE TIME PURCHASE        -4.00    50.15     0.00     0.00   10/27/2016
10/27/2016  PHONE PURCH  PHONE TIME PURCHASE        -1.00    54.15     0.00     0.00   10/27/2016
10/20/2016  PAYROLL      MVRCF IM Payroll 10/08/2   26.00    55.15     0.00     0.00   10/20/2016
10/19/2016  PHONE PURCH  PHONE TIME PURCHASE        -2.00    29.15     0.00     0.00   10/19/2016
10/10/2016  EPR          OID:100314858-ComisaryPurc -29.18   31.15     0.00     0.00   10/10/2016
10/07/2016  PHONE PURCH  PHONE TIME PURCHASE       -10.00    60.33     0.00     0.00   10/07/2016
10/07/2016  SECUREDEPOS  25436487 Breen Ann Jean    30.00    70.33     0.00     0.00   10/07/2016
10/06/2016  PHONE PURCH  PHONE TIME PURCHASE        -1.00    40.33     0.00     0.00   10/06/2016
10/06/2016  PAYROLL      MVRCF IM Payroll  9/24/20  26.00    41.33     0.00     0.00   10/06/2016
10/06/2016  PHONE PURCH  PHONE TIME PURCHASE        -5.00    15.33     0.00     0.00   10/06/2016
10/05/2016  PHONE PURCH  PHONE TIME PURCHASE        -8.00    20.33     0.00     0.00   10/05/2016
10/03/2016  EPR          OID:100313232-ComisaryPurc -31.71   28.33     0.00     0.00   10/03/2016
09/26/2016  PHONE PURCH  PHONE TIME PURCHASE        -8.00    60.04     0.00     0.00   09/26/2016
09/26/2016  EPR          OID:100311403-ComisaryPurc -84.88   68.04     0.00     0.00   09/26/2016
09/22/2016  PAYROLL      MVRCF IM Payroll  9-10-16  24.00   152.92     0.00     0.00   09/22/2016
09/22/2016  PAYROLL      MVRCF IM Payroll  9-10-16   3.00   128.92     0.00     0.00   09/22/2016
09/19/2016  EPR          OID:100309894-ComisaryPurc -74.33  125.92     0.00     0.00   09/19/2016
09/18/2016  PHONE PURCH  PHONE TIME PURCHASE       -10.00   200.25     0.00     0.00   09/18/2016
09/17/2016  SECUREDEPOS  26643225 AMIDON Beatrice  100.00   210.25     0.00     0.00   09/17/2016
09/17/2016  SECUREDEPOS  22569544 AMIDON Beatrice  100.00   110.25     0.00     0.00   09/17/2016
09/15/2016  PHONE PURCH  PHONE TIME PURCHASE        -2.00    10.25     0.00     0.00   09/15/2016
09/12/2016  EPR          OID:100308726-ComisaryPurc -43.49   12.25     0.00     0.00   09/12/2016
09/10/2016  PHONE PURCH  PHONE TIME PURCHASE        -4.00    55.74     0.00     0.00   09/10/2016
09/08/2016  PAYROLL      MVRCF IM Payroll  8-27-20  21.00    59.74     0.00     0.00   09/08/2016
09/07/2016  SECUREDEPOS  29850159 Borrelli Linda    30.00    38.74     0.00     0.00   09/07/2016
08/29/2016  PHONE PURCH  PHONE TIME PURCHASE        -2.00     8.74     0.00     0.00   08/29/2016
08/29/2016  EPR          OID:100305858-ComisaryPurc -13.70   10.74     0.00     0.00   08/29/2016
08/25/2016  PAYROLL      MVRCF IM Payroll  8/13/16  21.00    24.44     0.00     0.00   08/25/2016
08/15/2016  EPR          OID:100303553-ComisaryPurc -12.32    3.44     0.00     0.00   08/15/2016
08/14/2016  PHONE PURCH  PHONE TIME PURCHASE        -3.00    15.76     0.00     0.00   08/14/2016
08/13/2016  PHONE PURCH  PHONE TIME PURCHASE        -1.00    18.76     0.00     0.00   08/13/2016
08/12/2016  PHONE PURCH  PHONE TIME PURCHASE        -1.00    19.76     0.00     0.00   08/12/2016
08/11/2016  PHONE PURCH  PHONE TIME PURCHASE        -1.00    20.76     0.00     0.00   08/11/2016
08/11/2016  PAYROLL      MVRCF IM Payroll  7/30/20  21.00    21.76     0.00     0.00   08/11/2016
08/01/2016  PHONE PURCH  PHONE TIME PURCHASE        -2.00     0.76     0.00     0.00   08/01/2016
08/01/2016  EPR          OID:100301836-ComisaryPurc -33.99    2.76     0.00     0.00   08/01/2016
07/30/2016  PHONE PURCH  PHONE TIME PURCHASE        -6.00    36.75     0.00     0.00   07/30/2016
07/28/2016  PAYROLL      MVRCF IM Payroll  7/16/20  21.00    42.75     0.00     0.00   07/28/2016
07/25/2016  EPR          OID:100301009-ComisaryPurc  -8.65   21.75     0.00     0.00   07/25/2016
07/23/2016  SECUREDEPOS  17892883 Lewis Joshua Jame 30.00    30.40     0.00     0.00   07/23/2016
07/20/2016  PHONE PURCH  PHONE TIME PURCHASE       -10.00     0.40     0.00     0.00   07/20/2016
07/18/2016  PHONE PURCH  PHONE TIME PURCHASE        -5.00    10.40     0.00     0.00   07/18/2016
07/18/2016  EPR          OID:100300136-ComisaryPurc  -5.70   15.40     0.00     0.00   07/18/2016
--------------------------------------------------------------------------------
                                     Page 1
```

```
                          Resident Account Summary
                        Thursday, August 03, 2017  @10:08
===============================================================================
For Inmate ID: 51217      PALIN, ROYAL J                                  (27)
-------------------------------------------------------------------------------
   Date    Transaction Description           Amount   Balance   Owed   Held   Reference
-------------------------------------------------------------------------------
07/14/2016 PAYROLL     MVRCF IM Payroll  7/02/20:     21.00     21.10   0.00   0.00   07/14/2016
07/11/2016 EPR         OID:100299176-ComisaryPur(     -7.40      0.10   0.00   0.00   07/11/2016
07/09/2016 PHONE PURCH PHONE TIME PURCHASE            -8.00      7.50   0.00   0.00   07/09/2016
07/01/2016 PHONE PURCH PHONE TIME PURCHASE           -15.00     15.50   0.00   0.00   07/01/2016
07/01/2016 SECUREDEPOS 15166448 Allen Betty J         30.00     30.50   0.00   0.00   07/01/2016
07/01/2016 PHONE PURCH PHONE TIME PURCHASE            -1.00      0.50   0.00   0.00   07/01/2016
07/01/2016 EPR         OID:100297750-ComisaryPur(    -20.47      1.50   0.00   0.00   07/01/2016
06/30/2016 PAYROLL     MVRCF IM Payroll 6/18/201(     21.00     21.97   0.00   0.00   06/30/2016
06/27/2016 PHONE PURCH PHONE TIME PURCHASE            -2.00      0.97   0.00   0.00   06/27/2016
06/27/2016 EPR         OID:100295711-ComisaryPur(     -2.16      2.97   0.00   0.00   06/27/2016
06/20/2016 EPR         OID:100294652-ComisaryPur(    -11.40      5.13   0.00   0.00   06/20/2016
06/16/2016 PHONE PURCH PHONE TIME PURCHASE            -5.00     16.53   0.00   0.00   06/16/2016
06/16/2016 PAYROLL     MVRCF IM Payroll  6/04/20:     21.00     21.53   0.00   0.00   06/16/2016
06/06/2016 EPR         OID:100289619-ComisaryPur(    -35.96      0.53   0.00   0.00   06/06/2016
06/02/2016 PHONE PURCH PHONE TIME PURCHASE            -5.00     36.49   0.00   0.00   06/02/2016
06/02/2016 PAYROLL     MVRCF IM Payroll  05/21/2(     21.00     41.49   0.00   0.00   06/02/2016
06/01/2016 PHONE PURCH PHONE TIME PURCHASE           -10.00     20.49   0.00   0.00   06/01/2016
06/01/2016 SECUREDEPOS 12208325 Allen Betty J         30.00     30.49   0.00   0.00   06/01/2016
05/29/2016 PHONE PURCH PHONE TIME PURCHASE            -2.00      0.49   0.00   0.00   05/29/2016
05/25/2016 PHONE PURCH PHONE TIME PURCHASE            -3.00      2.49   0.00   0.00   05/25/2016
05/23/2016 EPR         OID:100286335-ComisaryPur(    -42.54      5.49   0.00   0.00   05/23/2016
05/22/2016 SECUREDEPOS 10791536 Munger Megan          30.00     48.03   0.00   0.00   05/22/2016
05/19/2016 PAYROLL     MVRCF IM Payroll  5-7-16       18.00     18.03   0.00   0.00   05/19/2016
05/09/2016 EPR         OID:100282722-ComisaryPur(     -9.29      0.03   0.00   0.00   05/09/2016
05/08/2016 PHONE PURCH PHONE TIME PURCHASE            -2.00      9.32   0.00   0.00   05/08/2016
05/02/2016 EPR         OID:100279979-ComisaryPur(    -62.69     11.32   0.00   0.00   05/02/2016
04/30/2016 PHONE PURCH PHONE TIME PURCHASE           -20.00     74.01   0.00   0.00   04/30/2016
04/30/2016 SECUREDEPOS 16889047 Allen Betty J         30.00     94.01   0.00   0.00   04/30/2016
04/29/2016 PHONE PURCH PHONE TIME PURCHASE            -6.00     64.01   0.00   0.00   04/29/2016
04/29/2016 SECUREDEPOS 10653799 Clark Mikayla Le(     70.00     70.01   0.00   0.00   04/29/2016
04/18/2016 EPR         OID:100274292-ComisaryPur(     -5.50      0.01   0.00   0.00   04/18/2016
04/15/2016 PHONE PURCH PHONE TIME PURCHASE            -5.00      5.51   0.00   0.00   04/15/2016
04/11/2016 EPR         OID:100271883-ComisaryPur(    -19.94     10.51   0.00   0.00   04/11/2016
04/09/2016 PHONE PURCH PHONE TIME PURCHASE           -10.00     30.45   0.00   0.00   04/09/2016
04/04/2016 SECUREDEPOS 16476663 Allen Betty J         40.00     40.45   0.00   0.00   04/04/2016
04/04/2016 EPR         OID:100270659-ComisaryPur(    -64.55      0.45   0.00   0.00   04/04/2016
03/28/2016 DEPOSIT CAS INTAKE   10319                 65.00     65.00   0.00   0.00   03/28/2016
08/18/2015 PCS REFUND  Phone Money Refund              0.00      0.00   0.00   0.00   08/18/2015
08/18/2015 <8DONATE>   RELEASE                        -0.41      0.00   0.00   0.00   08/18/2015
08/18/2015 8DONATE     RELEASE                         0.41      0.41   0.41   0.00   08/18/2015
08/18/2015 PCS REFUND  Phone Money Refund              0.00      0.41   0.00   0.00   08/18/2015
08/18/2015 PCS REFUND  Phone Money Refund              0.00      0.41   0.00   0.00   08/18/2015
08/18/2015 PCS REFUND  Phone Money Refund              0.17      0.41   0.00   0.00   08/18/2015
07/11/2015 PHONE PURCH PHONE TIME PURCHASE            -1.00      0.24   0.00   0.00   07/11/2015
06/19/2015 PHONE PURCH PHONE TIME PURCHASE           -15.00      1.24   0.00   0.00   06/19/2015
06/18/2015 PAYROLL     SESCF ppe 6.6.2015             15.50     16.24   0.00   0.00   06/18/2015
05/31/2015 PHONE PURCH PHONE TIME PURCHASE            -2.00      0.74   0.00   0.00   05/31/2015
05/09/2015 PHONE PURCH PHONE TIME PURCHASE           -18.00      2.74   0.00   0.00   05/09/2015
05/06/2015 PHONE PURCH PHONE TIME PURCHASE            -3.00     20.74   0.00   0.00   05/06/2015
05/02/2015 PHONE PURCH PHONE TIME PURCHASE            -5.00     23.74   0.00   0.00   05/02/2015
05/01/2015 <8POST>     Payment for 8POST on 2014      -1.26     28.74   0.00   0.00   05/01/2015
05/01/2015 SECUREDEPOS 4721266 Griffin Holly          30.00     30.00   1.26   0.00   05/01/2015
12/12/2014 <8POST>     1 HAT MAILED OUT               -0.35      0.00   1.26   0.00   12/12/2014
12/12/2014 8POST       1 HAT MAILED OUT                1.61      0.35   1.61   0.00   12/12/2014
06/30/2014 EPR         OID:100160549-ComisaryPur(     -3.68      0.35   0.00   0.00   06/30/2014
06/27/2014 ERF         OID:100159607-ComisaryRef\      3.68      4.03   0.00   0.00   06/27/2014
06/23/2014 EPR         OID:100159607-ComisaryPur(     -9.73      0.35   0.00   0.00   06/23/2014
06/21/2014 PHONE PURCH PHONE TIME PURCHASE            -4.00     10.08   0.00   0.00   06/21/2014
-------------------------------------------------------------------------------
                                     Page 2
```