(Rev. 2/00)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

```
U. S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
BY LAW 8/16/2017
DEPUTY CLERK
```
(20)

Royal J. Palin
_____
Plaintiff(s)

vs.

Lisa Menard
_____
Defendant(s)

AFFIDAVIT IN SUPPORT OF
APPLICATION TO PROCEED
IN FORMA PAUPERIS

Civil Action No. 2:17-CV-158

I, Royal J. Palin, being duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my application to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to redress.

I further swear that the response which I have made to questions and instructions below are true.

1. Are you presently employed?   Yes___  No ✓

   a. If the answer is Yes, state the amount of your salary or wages per month and give the name and address of your employer.

   _____

   _____

   b. If the answer is No, state the date of last employment and the amount of the salary or wages per month which you received.

   _____

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes___ No ✓

   b. Rent payments, interest or dividends?   Yes___ No ✓

   c. Pensions, annuities or life insurance payments?   Yes___ No ✓

   d. Gifts or inheritances?   Yes___ No ✓

   e. Any other sources?   Yes___ No ✓

1

If the answer to any of the above questions is Yes, describe each source of money and state the amount received from each during the past twelve months.

㉑

_____

_____

3. Do you own any cash, or do you have money in a checking or savings account? Yes__ No ✓ (Include any funds in prison accounts). If the answer is Yes, state the total value of the items owned.
   $ _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes__ No ✓
   If the answer is Yes, describe the property and state its approximate value.

   _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____

   _____

6. List your monthly expenses.

   _____

   _____

   _____

7. *Note: You do not need to complete this section unless you are presently incarcerated.*

   A. Have you begun other lawsuits or appeals in federal court while you were incarcerated or detained in any facility?   Yes ( )   No ( ✓ )

   B. If your answer to A is <u>Yes</u>, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit:

         Plaintiffs: _____

         _____

         _____

         Defendants: _____

2

Case 2:17-cv-00158-cr   Document 1-2   Filed 08/16/17   Page 3 of 4

_____
_____ (22)

2. Court (name of the district or circuit): _____

3. Docket Number: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition (For Example: Was the case dismissed? If so, why was it dismissed?)
_____
_____
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

I hereby authorize the agency having custody of me to collect from my prison or jail account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. Section 1915(b)(2).

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury, and/or possible dismissal of this case pursuant to 28 U.S.C. Section 1915(e)(2).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 04, 2017

_____
(Signature of Plaintiff)

**You must attach to this form a certified copy of your prison or jail account statement for the last six months.**

## CERTIFICATE

I hereby certify that the applicant herein has the sum of $ 0 on account to his credit at the Northwest State Correctional Facility institution where he is confined. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 0, and the applicant's average monthly balance for the prior six-month period was $ 0. I further certify that movant likewise has the following securities to his credit according to the records of said Northwest State Correctional Facility institution.

_____

8/14/17
Date

_____
Authorized Officer of Institution

3

```
                           Resident Account Summary
                         Monday, August 14, 2017  @10:58

==============================================================================
For Inmate ID: 51217    PALIN, ROYAL J
------------------------------------------------------------------------------
   Date     Transaction Description           Amount    Balance   Owed   Held   Reference
------------------------------------------------------------------------------
08/14/2017  7POST       LEGAL MAIL              0.42      0.00    6.62   0.00   08/14/2017
08/14/2017  7POST       LEGAL MAIL              0.00      0.00    6.20   0.00   08/14/2017
08/10/2017  7COPY       13 LEGAL COPIES         0.65      0.00    6.20   0.00   08/10/2017
08/04/2017  7COPY       12 LEGAL COPIES         0.60      0.00    5.55   0.00   08/04/2017
06/29/2017  7COPY       48 LEGAL COPIES         2.40      0.00    4.95   0.00   06/29/2017
06/27/2017  7COPY       16 LEGAL COPIES         0.80      0.00    2.55   0.00   06/27/2017
06/15/2017  7COPY       17 LEGAL COPIES         0.85      0.00    1.75   0.00   06/15/2017
06/15/2017  7COPY       18 LEGAL COPIES         0.90      0.00    0.90   0.00   06/15/2017
12/02/2016  WDRAWAL CHE RELEASE - USMS        -36.33      0.00    0.00   0.00   12/02/2016
12/02/2016  PCS REFUND  Phone Money Refund     17.07     36.33    0.00   0.00   12/02/2016
11/17/2016  PAYROLL     MVRCF IM Payroll  11/05/:  4.00  19.26    0.00   0.00   11/17/2016
11/09/2016  ERF         OID:100320843-ComisaryRef 10.49  15.26    0.00   0.00   11/09/2016
11/07/2016  EPR         OID:100320843-ComisaryPur -10.49  4.77    0.00   0.00   11/07/2016
11/06/2016  PHONE PURCH PHONE TIME PURCHASE   -10.00     15.26    0.00   0.00   11/06/2016
11/04/2016  PHONE PURCH PHONE TIME PURCHASE    -3.00     25.26    0.00   0.00   11/04/2016
11/03/2016  PAYROLL     MVRCF IM Payroll  10/22/2( 28.00 28.26    0.00   0.00   11/03/2016
11/02/2016  PHONE PURCH PHONE TIME PURCHASE    -3.00      0.26    0.00   0.00   11/02/2016
10/31/2016  EPR         OID:100319074-ComisaryPur -36.89  3.26    0.00   0.00   10/31/2016
10/29/2016  PHONE PURCH PHONE TIME PURCHASE   -10.00     40.15    0.00   0.00   10/29/2016
10/27/2016  PHONE PURCH PHONE TIME PURCHASE    -4.00     50.15    0.00   0.00   10/27/2016
10/27/2016  PHONE PURCH PHONE TIME PURCHASE    -1.00     54.15    0.00   0.00   10/27/2016
10/20/2016  PAYROLL     MVRCF IM Payroll  10/08/2( 26.00 55.15    0.00   0.00   10/20/2016
10/19/2016  PHONE PURCH PHONE TIME PURCHASE    -2.00     29.15    0.00   0.00   10/19/2016
10/10/2016  EPR         OID:100314858-ComisaryPur -29.18 31.15    0.00   0.00   10/10/2016
10/07/2016  PHONE PURCH PHONE TIME PURCHASE   -10.00     60.33    0.00   0.00   10/07/2016
10/07/2016  SECUREDEPOS 25436487 Breen Ann Jean  30.00   70.33    0.00   0.00   10/07/2016
10/06/2016  PHONE PURCH PHONE TIME PURCHASE    -1.00     40.33    0.00   0.00   10/06/2016
10/06/2016  PAYROLL     MVRCF IM Payroll  9/24/20: 26.00 41.33    0.00   0.00   10/06/2016
10/06/2016  PHONE PURCH PHONE TIME PURCHASE    -5.00     15.33    0.00   0.00   10/06/2016
10/05/2016  PHONE PURCH PHONE TIME PURCHASE    -8.00     20.33    0.00   0.00   10/05/2016
10/03/2016  EPR         OID:100313232-ComisaryPur -31.71 28.33    0.00   0.00   10/03/2016
09/26/2016  PHONE PURCH PHONE TIME PURCHASE    -8.00     60.04    0.00   0.00   09/26/2016
09/26/2016  EPR         OID:100311403-ComisaryPur -84.88 68.04    0.00   0.00   09/26/2016
09/22/2016  PAYROLL     MVRCF IM Payroll   9-10-16 24.00 152.92   0.00   0.00   09/22/2016
09/22/2016  PAYROLL     MVRCF IM Payroll   9-10-16  3.00 128.92   0.00   0.00   09/22/2016
09/19/2016  EPR         OID:100309894-ComisaryPur -74.33 125.92   0.00   0.00   09/19/2016
09/18/2016  PHONE PURCH PHONE TIME PURCHASE   -10.00    200.25    0.00   0.00   09/18/2016
09/17/2016  SECUREDEPOS 26643225 AMIDON Beatrice 100.00 210.25    0.00   0.00   09/17/2016
09/17/2016  SECUREDEPOS 22569544 AMIDON Beatrice 100.00 110.25    0.00   0.00   09/17/2016
09/15/2016  PHONE PURCH PHONE TIME PURCHASE    -2.00     10.25    0.00   0.00   09/15/2016
09/12/2016  EPR         OID:100308726-ComisaryPur -43.49 12.25    0.00   0.00   09/12/2016
09/10/2016  PHONE PURCH PHONE TIME PURCHASE    -4.00     55.74    0.00   0.00   09/10/2016
09/08/2016  PAYROLL     MVRCF IM Payroll  8-27-20: 21.00 59.74    0.00   0.00   09/08/2016
09/07/2016  SECUREDEPOS 29850159 Borrelli Linda  30.00   38.74    0.00   0.00   09/07/2016
08/29/2016  PHONE PURCH PHONE TIME PURCHASE    -2.00      8.74    0.00   0.00   08/29/2016
08/29/2016  EPR         OID:100305858-ComisaryPur -13.70 10.74    0.00   0.00   08/29/2016
08/25/2016  PAYROLL     MVRCF IM Payroll  8/13/16  21.00 24.44    0.00   0.00   08/25/2016
08/15/2016  EPR         OID:100303553-ComisaryPur -12.32  3.44    0.00   0.00   08/15/2016
08/14/2016  PHONE PURCH PHONE TIME PURCHASE    -3.00     15.76    0.00   0.00   08/14/2016
08/13/2016  PHONE PURCH PHONE TIME PURCHASE    -1.00     18.76    0.00   0.00   08/13/2016
08/12/2016  PHONE PURCH PHONE TIME PURCHASE    -1.00     19.76    0.00   0.00   08/12/2016
08/11/2016  PHONE PURCH PHONE TIME PURCHASE    -1.00     20.76    0.00   0.00   08/11/2016
08/11/2016  PAYROLL     MVRCF IM Payroll  7/30/20: 21.00 21.76    0.00   0.00   08/11/2016
08/01/2016  PHONE PURCH PHONE TIME PURCHASE    -2.00      0.76    0.00   0.00   08/01/2016
08/01/2016  EPR         OID:100301836-ComisaryPur -33.99  2.76    0.00   0.00   08/01/2016
07/30/2016  PHONE PURCH PHONE TIME PURCHASE    -6.00     36.75    0.00   0.00   07/30/2016
07/28/2016  PAYROLL     MVRCF IM Payroll  7/16/20: 21.00 42.75    0.00   0.00   07/28/2016
07/25/2016  EPR         OID:100301009-ComisaryPur -8.65  21.75    0.00   0.00   07/25/2016
------------------------------------------------------------------------------
                                       Page 1
```