# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

U. S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
BY LTW 8/16/20 7
DEPUTY CLERK

Royal J. Palin                    :

_____         :

_____         :

          Plaintiff(s),   :

    Vs.                           :      Docket No. To Be Assigned

Lisa Menard                       :

_____         :

_____         :

          Defendant(s).

## NOTICE OF PRO SE APPEARANCE

I, Royal J. Palin , a <u>Plaintiff</u> / Defendant in the above captioned matter, hereby enter my appearance as a *pro se* party. I understand that I am responsible for notifying the court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.

All court papers may be mailed to me by first class mail at the address shown below. Pursuant to Fed.R.Civ. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of every paper which I file and also provide the Court with a *Certificate of Service* which attests to this fact.

My Street Address is: Northwest State Correctional Facility

3649 Lower Newton Road

Swanton, Vermont 05488
Town/City         State   Zip Code

My Mailing Address (if difference from street address) is:

_____
Town/City         State   Zip Code

_____
Telephone Number (daytime)

_____
Telephone Number (evening)

Today's Date: August 11, 2017      Signature: _____